**SO ORDERED.**
**SIGNED this 12th day of November, 2013**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

/s/ Richard Stair Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JOHN FREDRICK KNOWLTON | ) | Case No. 12-33364 |
| CAROLYN BETH KNOWLTON | ) | |
| | ) | |
| Debtors | ) | Chapter 13 |
| | ) | |

## O R D E R

This matter came upon the Debtors' objection to the claim of InSolve Recovery, LLC filed in the amount of $2,658.16.  Upon no objections being filed, for good cause shown,

It is hereby ORDERED that the claim of InSolve Recovery, LLC is hereby disallowed in its entirety.

# # #

APPROVED FOR ENTRY:

/s/ Richard M. Mayer, #5534
/s/ John P. Newton, Jr., #010817
Attorneys for Debtors
1111 Northshore Drive, Suite S-570
Knoxville, TN 37919
(865) 588-5111
richardmayer@mayerandnewton